1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TIM TEICHERT, PERSONAL REPRESENTATIVE OF THE ESTATE OF MINERVA TEICHERT,<br><br>Plaintiff,<br><br>v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, BRIGHAM YOUNG UNIVERSITY, BRIGHAM YOUNG UNIVERSITY MUSEUM OF ART, DESERET MANAGEMENT CORPORATION, DESERET BOOK COMPANY, and LATTER-DAY HOME LLC,<br><br>Defendants. | CASE NO. 8:23-cv-00180-FWS-JDE<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE** |

The Court has considered the Motion to Transfer Venue ("Motion") filed by Defendants The Church of Jesus Christ of Latter-day Saints, Brigham Young University, Brigham Young University Museum of Art, Deseret Management Corporation, Deseret Book Company, and Latter-day Home LLC. Having reviewed the briefing and evidence submitted by the parties, the arguments raised by counsel, and all other matters properly presented to the Court, the Court finds that both the first-to-file rule and 28 U.S.C. § 1404(a) warrant transfer to the District of Wyoming. The first-filed action in the District of Wyoming, *Teichert v. Church of Jesus Christ of Latter-day Saints*, No. 2:21-cv-00145-ABJ (D. Wyo.), involves similar parties and similar issues, and the resolution of that matter will bear directly on this case. *See Alltrade, Inc. v. Uniweld Prods., Inc.*, 946 F.2d 622, 623 (9th Cir. 1991). Additionally, the interests of justice favor transfer. 28 U.S.C. § 1404(a). The Motion is therefore GRANTED.

**IT IS SO ORDERED.**

Dated:

By _____
Hon. Fred W. Slaughter
United States District Judge