Erica J. Van Loon (Bar No. 227712)
evanloon@nixonpeabody.com
Andrew H. Winetroub (Bar No. 291847)
awinetroub@nixonpeabody.com
**NIXON PEABODY LLP**
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Tel: (213) 629-6000
Fax: (213) 629-6001

David L. May (Admitted *Pro Hac Vice*)
dmay@nixonpeabody.com
Jennette W. Psihoules (Admitted *Pro Hac Vice*)
jpsihoules@nixonpeabody.com
**NIXON PEABODY LLP**
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Plaintiff
Tim Teichert, Personal Representative of the
Estate of Minerva Teichert*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TIM TEICHERT, PERSONAL REPRESENTATIVE OF THE ESTATE OF MINERVA TEICHERT,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, BRIGHAM YOUNG UNIVERSITY, BRIGHAM YOUNG UNIVERSITY MUSEUM OF ART, DESERET MANAGEMENT CORPORATION, DESERET BOOK COMPANY and LATTER-DAY HOME LLC,<br><br>Defendants. | Case No.: 8:23-cv-00180-FWS-JDE<br><br>**DECLARATION OF ERICA J. VAN LOON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Judge: Hon. Fred W. Slaughter<br>Hearing Date: May 18, 2023<br>Time: 10:00 a.m.<br>Courtroom: 10D |

I, Erica J. Van Loon, declare as follows:

1. I am a partner with the law firm of Nixon Peabody LLP, attorneys of record for Plaintiff Tim Teichert, Personal Representative of the Estate of Minerva Teichert ("**Plaintiff**") in the above-captioned action. Unless otherwise indicated, I have personal knowledge of the following and would and could testify competently to the same.

2. I am submitting this declaration in support of Plaintiff's Opposition to Defendants' Motion to Transfer (the "**Motion**") [Dkt. 37].

3. Attached hereto as **Exhibit A** is a true and correct copy of the Order on Objection and Amendment to Objection to Third Verified Interim Report and Continued Administration, entered by the District Court of the Third Judicial District of the State of Wyoming In and For Lincoln County on April 20, 2023.

4. Attached hereto as **Exhibit B** is a true and correct copy of a webpage titled "Facts and Statistics – California," as captured on March 17, 2023, at the following URL: https://newsroom.churchofjesuschrist.org/facts-and-statistics/state/california.

5. Attached hereto as **Exhibit C** is a true and correct copy of a webpage titled Facts and Statistics – Wyoming, as captured on March 17, 2023, at the following URL: https://newsroom.churchofjesuschrist.org/facts-and-statistics/state/wyoming.

6. On March 3, 2023, I became aware of correspondence sent by Megan McGrath, who provided an email address of infringements@churchofjesuschrist.org, to High Desert Dry Goods, an online retail business operated by Gina Teichert. To the best of my knowledge, Gina Teichert is a resident of the State of California. Attached hereto as **Exhibit D** is a true and correct copy of the correspondence I understand was received by

Ms. Teichert on behalf of High Desert Dry Goods.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Second Amended Order on Initial Pretrial Conference, entered by the United States District Court for the District of Wyoming on April 21, 2023.

8. Attached hereto as **Exhibit F** is a true and correct copy of a webpage titled Facts & Figures, as captured on April 26, 2023, at the following URL: https://www.byu.edu/facts-figures.

9. On April 21, 2023, Andrew Winetroub, counsel at Nixon Peabody LLP and an attorney for Plaintiff, conducted a search on the Kayak website, which I understand aggregates travel-related information, for direct flights between Salt Lake City International Airport and Los Angeles International Airport, flights between Salt Lake City International Airport and Cheyenne Regional Airport, and Salt Lake City International Airport and Casper-Natrona County International Airport.  For purposes of running the search, Mr. Winetroub searched for one-way flights on May 19, 2023, which is the day after the hearing on the Motion.  I am informed that the search results showed 13 direct flights from Salt Lake City International Airport to Los Angeles International Airport, 1 direct flight from Salt Lake City International Airport to Casper-Natrona County International Airport, and no direct flights from Salt Lake City International Airport to Cheyenne Regional Airport.

10. Attached hereto as **Exhibit G** is a true and correct copy of the "California Central" page within the document titled "United States District Courts – Combined Civil and Criminal Federal Court Management Statistics (December 31, 2022)," as downloaded on April 21, 2023 from the URL: https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile1231.2022.pdf.  I understand "California Central," as used in this document, means and refers to the United States District Court for the Central District of

California.

11.   Attached hereto as **Exhibit H** is a true and correct copy of the "Wyoming" page within the document titled "United States District Courts – Combined Civil and Criminal Federal Court Management Statistics (December 31, 2022)," as downloaded on April 21, 2023 from the URL: https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile1231.2022.pdf.  I understand "Wyoming," as used in this document, means and refers to the United States District Court for the District of Wyoming.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed this 27th day of April, 2023 in Los Angeles, California.

*/s/ Erica J. Van Loon*
Erica J. Van Loon