LATHAM & WATKINS LLP
  Andrew M. Gass (SBN 259694)
    andrew.gass@lw.com
  505 Montgomery Street, Suite 2000
  San Francisco, California 94111-6538
  415.391.0600 / 415.395.8095 (Fax)

  Sarang Vijay Damle (*pro hac vice*)
    sy.damle@lw.com
  Holly K. Victorson (SBN 305595)
    holly.victorson@lw.com
  555 Eleventh Street, NW, Suite 1000
  Washington, DC 20004
  202.637.2200 / 202.637.2201 (Fax)

  Allison S. Blanco (SBN 287554)
    allison.blanco@lw.com
  650 Town Center Drive, 20th Floor
  Costa Mesa, CA 92626-1925
  714.540.1235 / 714.755.8290 (Fax)

*Attorneys for Defendants*
The Church of Jesus Christ of Latter-day Saints, Brigham Young University, Brigham Young University Museum of Art, Deseret Management Corporation, Deseret Book Company, and Latter-day Home LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TIM TEICHERT, PERSONAL REPRESENTATIVE OF THE ESTATE OF MINERVA TEICHERT,<br><br>Plaintiff,<br><br>v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, BRIGHAM YOUNG UNIVERSITY, BRIGHAM YOUNG UNIVERSITY MUSEUM OF ART, DESERET MANAGEMENT CORPORATION, DESERET BOOK COMPANY, and LATTER-DAY HOME LLC,<br><br>Defendants. | CASE NO. 8:23-cv-00180-FWS-JDE<br><br>**DECLARATION OF HOLLY K. VICTORSON IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE** |

I, Holly K. Victorson, hereby declare and state as follows:

1. I am a member in good standing of the bar of the State of California and an attorney for the law firm of Latham & Watkins LLP, counsel for Defendants in this matter. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Stipulated Motion to Continue Deadlines filed jointly by Tim Teichert, as personal representative of the Estate of Herman Teichert and the Estate of Minerva Teichert, and The Church of Jesus Christ of Latter-day Saints on April 13, 2023 in *Teichert v. Church of Jesus Christ of Latter-day Saints*, No. 2:21-cv-00145-ABJ (D. Wyo.) ("Wyoming Litigation") (ECF No. 46).

3. Attached hereto as **Exhibit B** is a true and correct copy of the Response or Clarification to Stipulated Motion to Continue Deadlines filed by Tim Teichert, as personal representative of the Estate of Herman Teichert and the Estate of Minerva Teichert, on April 21, 2023 in the Wyoming Litigation (ECF No. 49).

4. Attached hereto as **Exhibit C** is a true and correct copy of a webpage titled "Get in touch — Gina Teichert," as captured on May 2, 2023 at the following URL: https://www.ginateichert.com/contact.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 4, 2023 at Washington, D.C.

         */s/ Holly K. Victorson*
         Holly K. Victorson