Erica J. Van Loon (Bar No. 227712)
evanloon@nixonpeabody.com
Andrew H. Winetroub (Bar No. 291847)
awinetroub@nixonpeabody.com
**NIXON PEABODY LLP**
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Tel: (213) 629-6000
Fax: (213) 629-6001

David L. May (Admitted *Pro Hac Vice*)
dmay@nixonpeabody.com
Jennette W. Psihoules (Admitted *Pro Hac Vice*)
jpsihoules@nixonpeabody.com
**NIXON PEABODY LLP**
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Plaintiff*
*Tim Teichert, Personal Representative of the*
*Estate of Minerva Teichert*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| TIM TEICHERT, PERSONAL REPRESENTATIVE OF THE ESTATE OF MINERVA TEICHERT,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, BRIGHAM YOUNG UNIVERSITY, BRIGHAM YOUNG UNIVERSITY MUSEUM OF ART, DESERET MANAGEMENT CORPORATION, DESERET BOOK COMPANY, and LATTER-DAY HOME LLC,<br><br>Defendants. | Case No.: 8:23-cv-00180-FWS-JDE<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tim Teichert, Personal Representative of the Estate of Minerva Teichert, and Defendants The Church of Jesus Christ of Latter-day Saints, Brigham Young University, Brigham Young University Museum of Art, Deseret Management Corporation, Deseret Book Company, and Latter-Day Home LLC, by and through undersigned counsel, hereby stipulate and agree that this action and all claims and counterclaims asserted therein be dismissed in their entirety and with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: September 23, 2024                Respectfully submitted,

**NIXON PEABODY LLP**                    **LATHAM & WATKINS LLP**

By: /s/ *Andrew H. Winetroub*            By: /s/ *Sarang V. Damle*

Erica J. Van Loon (Bar No. 227712)       Andrew M. Gass (Bar No. 259694)
Andrew H. Winetroub (Bar No. 291847)     Sarang Vijay Damle (*Pro Hac Vice*)
David L. May (*Pro Hac Vice*)            Jessica Stebbins Bina (Bar No. 248485)
Jennette W. Psihoules (*Pro Hac Vice*)   Allison S. Blanco (Bar No. 287554)
                                         Holly K. Victorson (Bar No. 305595)

*Attorneys for Plaintiff*                *Attorneys for Defendants*
Tim Teichert, Personal Representative    The Church of Jesus Christ of Latter-
of the Estate of Minerva Teichert        day Saints, Brigham Young University,
                                         Brigham Young University Museum of
                                         Art, Deseret Management Corporation,
                                         Deseret Book Company, and Latter-day
                                         Home LLC

SO ORDERED this ___ day of _____, 2024.

_____
The Honorable Fred W. Slaughter
United States District Judge

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE